UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   vs.<br><br>LUCIANO NUNEZ, JR.,<br><br>        Defendant. | 1:15-CR-2063-LRS<br><br>Final Order of Forfeiture |

WHEREAS, on March 3, 2016, the Court entered the Preliminary Order of Forfeiture (ECF No. 36) in accordance with 21 U.S.C. § 853, forfeiting the following asset to the United States:

<u>U.S. CURRENCY</u>

-Approximately $60,200.00 U.S. currency, seized on or about September 15, 2015, by the United States Drug Enforcement Administration, pursuant to a federal search warrant.

WHEREAS Defendant LUCIANO NUNEZ, JR.'s interest in the U.S. currency described above was forfeited to the United States pursuant to his plea agreement, the preliminary order of forfeiture, and judgment filed herein. ECF Nos. 30, 31 and 45.

WHEREAS, the property is in the custody of the United States, and pursuant to 21 U.S.C. § 853(n) the United States published notice of the preliminary order. ECF No. 47, 47-1 and 47-2.

WHEREAS, the time for filing petitions for said assets, as provided in Fed.R.Crim.P. 32.2(c), and 21 U.S.C. § 853(n), has expired; the United States provided direct notice to potential claimants; and no timely claims or petitions for said asset were received or filed;

Final Order of Forfeiture  1
Nunez FoF

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED, that the asset listed below is hereby forfeited to the United States, and no interest exists in any other person or entity:

<u>U.S. CURRENCY</u>

-Approximately $60,200.00 U.S. currency, seized on or about September 15, 2015, by the United States Drug Enforcement Administration, pursuant to a federal search warrant.

IT IS FURTHER ORDERED that the United States shall dispose of the forfeited asset in accordance with law.

The Court shall retain jurisdiction to enforce this Order, and to amend it as necessary, pursuant to Fed. R. Crim. P. 32.2(e).

DATED this __5th__ day of July, 2016.

*s/Lonny R. Suko*

_____
Lonny R. Suko
Senior United States District Judge

Final Order of Forfeiture  2
Nunez FoF